Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  MERITAGE COMPANIES, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  32-0454934

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1400 E. PATTY DR.**<br>**Wasilla, AK 99654**<br>Number, Street, City, State & ZIP Code | **34806 N. 80TH WAY**<br>**Scottsdale, AZ 85262-1027**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Matanuska Susitna**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  WWW.MERITAGECOMMUNITIES.COM

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **MERITAGE COMPANIES, LLC** Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>    __6552__ |
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____ When _____ Case number _____<br>District _____ When _____ Case number _____ |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list | ■ No<br>☐ Yes.<br><br>Debtor _____ Relationship _____<br>District _____ When _____ Case number, if known _____ |

| Debtor | **MERITAGE COMPANIES, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?**   _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency  _____
     Contact name  _____
     Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201   Case 2:20-bk-07718-BKM   Doc 1   Filed 06/30/20   Entered 06/30/20 15:46:57   Desc
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**
Main Document    Page 3 of 9   page 3

| Debtor | **MERITAGE COMPANIES, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2020**
MM / DD / YYYY

X **/s/ JACK A. BARRETT**
Signature of authorized representative of debtor

**JACK A. BARRETT**
Printed name

Title  **MANAGER**

Email Address of debtor

**18. Signature of attorney**

X **/s/ D. LAMAR HAWKINS**
Signature of attorney for debtor

Date **June 30, 2020**
MM / DD / YYYY

**D. LAMAR HAWKINS**
Printed name

**Guidant Law, PLC**
Firm name

**402 E. Southern Ave**
**Tempe, AZ 85282**
Number, Street, City, State & ZIP Code

Contact phone  **602-888-9229**    Email address  **cindy@guidant.law**

**013251 AZ**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALASKA HOUSING FINANCE  P.O. Box 101020  Anchorage, AK 99510 | | BUSINESS DEBT | Unliquidated | | | $0.00 |
| ANKROM MOISAN ARCHITECTS  38 NW DAVES STE 300  Portland, OR 97209 | | BUSINESS DEBT | Unliquidated | | | $97,047.75 |
| ARROW FISH CONSULTING  921 E. 1160 SOUTH  Salem, UT 84653 | | BUSINESS DEBT | Unliquidated | | | $16,745.01 |
| DAWSON LAW GROUP  WAYNE DAWSON, ESQUIRE  P.O. BOX 244965  Anchorage, AK 99524 | | BUSINESS DEBT | Unliquidated | | | $66,000.00 |
| EQUITY MARKETOR  550 N. MCCARRAN BLVD STE 277  Sparks, NV 89431 | | BUSINESS DEBT | Unliquidated | | | $43,750.00 |
| INTERNAL REVENUE SERVICE  CENTRALIZED INSOLVENCY OPERATIONS  P.O. BOX 7346  Philadelphia, PA 19101 | | UNAUTHORIZED DISTRIBUTION REGARDING SALES TAX AND TRANSFERS OF BUSINESS PROPERTY | | | | $0.00 |
| JEFF CUNNINGHAM  P.O.BOX 221195  Anchorage, AK 99515 | | BUSINESS DEBT | Unliquidated | | | $2,500,000.00 |

| Debtor | MERITAGE COMPANIES, LLC | | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KEVIN VANDERMOLEN 7018 W. EUGIE Peoria, AZ 85381 | | BUSINESS DEBT | Unliquidated | | | $35,000.00 |
| MOUNTAIN VISTA TRAILS 34806 N. 80TH WAY Scottsdale, AZ 85266 | | NORTH OGDEN UTAH PROPERTY | | $1,800,000.00 | $0.00 | $1,800,000.00 |
| MYSTERY RANCH, LLC 1400 E PATTY DRIVE Wasilla, AK 99654 | | BUSINESS DEBT | Unliquidated | | | $368,226.53 |
| PRYZWOJSKI CPA P.O. BOX 552 Holmen, WI 54636 | | BUSINESS DEBT | Unliquidated | | | $63,750.00 |
| RB ENTERPRISES 205 DIMOND BLVD Anchorage, AK 99524 | | BUSINESS DEBT | Unliquidated | | | $0.00 |
| RICK JONES 4108 CHECKMATE DRIVE Anchorage, AK 99508 | | BUSINESS DEBT | Unliquidated | | | $25,000.00 |
| ROBERT GROSS 205 DIMOND BLVD Anchorage, AK 99515 | | BUSINESS DEBT | Unliquidated | | | $0.00 |
| SMITH KNOWLES DARIN HAMMOND 2225 WASHINGTON BLVD. #200 Ogden, UT 84401 | | BUSINESS DEBT | Unliquidated | | | $216,839.00 |
| TAYLOR DERRICK CAPITAL 2298 W. HORIZON RIDGE PKWAY#213 Henderson, NV 89052 | | NORTH OGDEN UTAH PROPERTY | | $7,800,000.00 | $0.00 | $7,800,000.00 |

MERITAGE COMPANIES, LLC -


ALASKA HOUSING FINANCE
P.O. BOX 101020
ANCHORAGE AK 99510


ANKROM MOISAN ARCHITECTS
38 NW DAVES STE 300
PORTLAND OR 97209


ARROW FISH CONSULTING
921 E. 1160 SOUTH
SALEM UT 84653


DAWSON LAW GROUP
WAYNE DAWSON, ESQUIRE
P.O. BOX 244965
ANCHORAGE AK 99524


EQUITY MARKETOR
550 N. MCCARRAN BLVD STE 277
SPARKS NV 89431


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101


JEFF CUNNINGHAM
P.O.BOX 221195
ANCHORAGE AK 99515


KEVIN VANDERMOLEN
7018 W. EUGIE
PEORIA AZ 85381


MOUNTAIN VISTA TRAILS
34806 N. 80TH WAY
SCOTTSDALE AZ 85266


MOUNTAIN VISTA TRAILS, LLC
34806 N. 80TH WAY
SCOTTSDALE AZ 85266


MYSTERY RANCH, LLC
1400 E PATTY DRIVE
WASILLA AK 99654

MERITAGE COMPANIES, LLC -

PRYZWOJSKI CPA
P.O. BOX 552
HOLMEN WI 54636

RB ENTERPRISES
205 DIMOND BLVD
ANCHORAGE AK 99524

RICK JONES
4108 CHECKMATE DRIVE
ANCHORAGE AK 99508

ROBERT GROSS
205 DIMOND BLVD
ANCHORAGE AK 99515

SMITH KNOWLES
DARIN HAMMOND
2225 WASHINGTON BLVD. #200
OGDEN UT 84401

TAYLOR DERRICK CAPITAL
2298 W. HORIZON RIDGE PKWAY#213
HENDERSON NV 89052

In re **MERITAGE COMPANIES, LLC**  Case No.
Debtor(s)  Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MERITAGE COMPANIES, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 30, 2020** | /s/ **D. LAMAR HAWKINS** |
| Date | **D. LAMAR HAWKINS** |
| | Signature of Attorney or Litigant |
| | Counsel for **MERITAGE COMPANIES, LLC** |
| | **Guidant Law, PLC** |
| | **402 E. Southern Ave** |
| | **Tempe, AZ 85282** |
| | **602-888-9229** |
| | **cindy@guidant.law** |